IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CONSIDERATE COMMERCE INC., | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-2140-E-BN |
| ISP ELECTRONICS LLC, ISP TEK SERVICES LLC, and CAPTIVE TRADE CORPORATION, | § § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated June 5, 2024, [Dkt. No. 92] the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 21st day of June, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE